COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-440-CV

IN RE CHRISTOPHER A. FAULKNER, RELATOR

CREATIVE INNOVATIONS, INC., CI

HOST, INC., AND CAROLE FAULKNER

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and real party's in interest brief and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B: HOLMAN, GARDNER, and WALKER, JJ.

[DELIVERED FEBRUARY 6, 2003]

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.